UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-348 |
| | ) | |
| OFFICER O, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff Christopher Lowe filed this case complaining that she[1] was subjected to unconstitutional conditions of confinement. *See* doc. 1 at 5-7. The Court previously recommended that this case be dismissed because Lowe failed to comply with the Court's instructions to return several forms. *See* doc. 6. Since she has now returned those forms, docs. 7 & 8, the Report and Recommendation is **VACATED**. Doc. 6. The Court will address the sufficiency of the forms and screen her Complaint upon her compliance with the Clerk's Deficiency Notice regarding her Statement Regarding Assignment. *See* doc. 11. Plaintiff is advised that

---

[1] Although Plaintiff does not specify preferred pronouns, her Complaint states that she is "a transgender woman." Doc. 1 at 5. She also lists a feminine honorific in the caption of her Complaint. *See id.* at 1 (identifying Plaintiff as "Ms. Christopher Lowe"). The Court, therefore, presumes that she prefers feminine pronouns.

1

failure to correct the deficiency identified by the Clerk timely may result in dismissal of her case.  *See, e.g.,* Fed. R. Civ. P. 41(b).

**SO ORDERED,** this 25th day of January, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA